UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PEDRO GARCIA,

    Plaintiff,

v.                                           Case No:  8:14-cv-3026-T-CM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This matter comes before the Court upon review of Defendant's Motion for Entry of Judgment with Remand (Doc. 26) filed on October 15, 2015. Defendant requests that the Court remand this case to the Commissioner for further administrative proceedings. Plaintiff does not oppose the motion. Pursuant to Title 42, United States Code, Section 405(g), the Court may reverse the decision of the Commissioner with or without remanding the case for a rehearing. Upon due consideration, Defendant's motion will be granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant's Motion for Entry of Judgment with Remand (Doc. 26) is **GRANTED**. The decision of the Commissioner is **REVERSED** and this action is **REMANDED** under sentence four of 42 U.S.C. § 405(g) to the Commissioner for the Commissioner to:

    a. Re-evaluate the medical-vocational guidelines and, if necessary, Plaintiff's residual functional capacity;

    b. Re-evaluate the medical evidence of record, specifically including the medical opinion evidence, and issue a new decision;

    c. If necessary, obtain vocational expert testimony on Plaintiff's ability to perform other work existing in significant numbers in the national economy;

    d. Give Plaintiff the opportunity to supplement the record and articulate the effects of his impairments on his ability to work prior to the Commissioner's new decision.

2. The Clerk shall enter judgment accordingly and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on this 23rd day of October, 2015.

*[signature]*

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record